UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IVORY SIMIEN                                           CIVIL ACTION

VERSUS                                                 NO. 08-4978

EQUAL EMPLOYMENT                                       SECTION "A" (2)
OPPORTUNITY COMMISSION


## O R D E R

The Court, having considered the complaint, the record, the applicable law, the

Report and Recommendation of the United States Magistrate Judge, and the failure of

plaintiff to file an objection to the Magistrate Judge's Report and Recommendation,

hereby approves the Report and Recommendation of the United States Magistrate Judge

and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH**

**PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. §

1915(e)(2).

March 24, 2009

_____
UNITED STATES DISTRICT JUDGE